IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAKOTA CLAY AHLGRIM,

     Plaintiff,

v.                                                           CV 13-229 MCA/WPL

KENNETH SMITH,
*Individual and Official Capacity*,

     Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed May 8, 2014. (Doc. 27.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) Ahlgrim's Fourteenth Amendment due process claim is dismissed without prejudice;

3) Ahlgrim's Religious Land Use and Institutionalized Persons Act and New Mexico Religious Freedom Restoration Act claims are dismissed with prejudice.

_____
M. Christina Armijo
Chief United States District Judge